**Order entered September 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01009-CV

## TED STAUFFER, Appellant

## V.

## JANE T. NICHOLSON, Appellee

### On Appeal from the Collin County Probate
### Collin County, Texas
### Trial Court Cause No. PB1-0842-2012

## ORDER

The Court has before it appellant's September 5, 2013 motion to extend due date for brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief within thirty days of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE